UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ROXANE LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 1:14-cv-00901<br><br><br>Judge Christopher A. Boyko<br>Magistrate Judge Nancy A. Vecchiarelli |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

In light of Defendant's consent to proceed in a first-filed parallel action pending in the United States District Court for the District of New Jersey that is captioned *Amarin Pharma, Inc., et al. v. Roxane Laboratories, Inc.*, No. 14-cv-02551 (MLC) (DEA) (D.N.J.), Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited, by and through undersigned counsel, hereby give notice of the voluntary dismissal, without prejudice, of their April 25, 2014,

- 2 -

complaint in the above-captioned action, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: May 7, 2014 | Respectfully submitted,<br><br>*/s/Joel E. Sechler*<br>Joel E. Sechler (0076320)<br>Jennifer A. L. Battle (0085761)<br>**CARPENTER LIPPS & LELAND LLP**<br>280 Plaza, Suite 1300<br>280 N. High Street<br>Columbus, OH 43215<br>Tel: (614) 365-4100<br>Fax: (614) 365-9145<br>sechler@carpenterlipps.com<br>battle@carpenterlipps.com<br><br>Christopher N. Sipes<br>Einar Stole<br>Michael N. Kennedy<br>Megan P. Keane<br>**COVINGTON & BURLING LLP**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 662-6000<br>Fax: (202) 662-6291<br><br>*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited* |